**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
:
In re                                                            :    **Chapter 11**
                                                                 :
**DITECH HOLDING CORPORATION,** *et al.*,                        :    **Case No. 19-10412 (JLG)**
                                                                 :
Debtors.[1]                                                      :    **(Jointly Administered)**
                                                                 :
---------------------------------------------------------------- X
:
**MICHAEL MCCHRISTIAN,**                                         :
                                                                 :
       Plaintiff,                                                :
                                                                 :    **Adversary Proceeding No.**
v.                                                               :
                                                                 :    **19-01137 (JLG)**
**DITECH HOLDING CORPORATION;**                                  :
**GREEN TREE CREDIT LLC; AND**                                   :    **Related Docket No. 11**
**BRECKENRIDGE PROP FUND 2016 LLC;**                             :
       Defendants.                                               :
                                                                 :
---------------------------------------------------------------- X

**STIPULATION AND ORDER EXTENDING DITECH DEFENDANTS' TIME TO**
**ANSWER, MOVE OR OTHERWISE RESPOND**

WHEREAS, on May 15, 2019, Plaintiff Michael McChristian ("Plaintiff") filed an adversary complaint commencing the above-captioned adversary proceeding (the "Action") against Defendants Ditech Holding Corporation Mortgage, LLC; Green Tree Credit LLC (together with Ditech Holding Corporation, the "Ditech Defendants") and Breckenridge Prop Fund 2016 LLC;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

WHEREAS, the Ditech Defendants' deadline to answer, move or otherwise respond to the Complaint in this adversary proceeding is currently August 27, 2019;

WHEREAS, Plaintiff is unopposed to the Ditech Defendants' request to extend Ditech Defendants' date to answer or otherwise respond to the Complaint until September 4, 2019.

* * *

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the Ditech Defendants' deadline to answer, move or otherwise respond to the complaint in the Action is extended until and through September 4, 2019.

Dated: New York, New York

August 27, 2019

**JOSEPH LA COSTA, ATTORNEY AT LAW**     **WEIL, GOTSHAL & MANGES LLP**

/s/ *Joseph La Costa*                        /s/ *Richard W. Slack*
7860 Mission Center Court                    Ray C. Schrock, P.C.
Suite 103                                    Sunny Singh
San Diego, CA 92108                          Richard W. Slack
Telephone: (619) 922-5287                    767 Fifth Avenue
                                             New York, New York 10153
*Attorney for Plaintiff*                     Telephone: (212) 310-8007
*Michael McChristian*
                                             *Attorneys for Debtors and*
                                             *Debtors in Possession*

SO ORDERED THIS
5th DAY OF SEPTEMBER, 2019

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE